UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|                                                           )   | CASE NO. CR20-171 JCC |
|             Plaintiff,                                 ) | |
|                                                           ) | |
|             v.                                         ) | |
|                                                           )   | DETENTION ORDER |
| WOBIAO LEI,                                     ) | |
|                                                           ) | |
|             Defendant.                            ) | |
|                                                           ) | |

Offense charged:   Conspiracy to Manufacture and Distribute Marijuana, Possession with Intent to Distribute Marijuana; Manufacturing and Possessing with Intent to Distribute Marijuana; Asset Forfeiture Allegations

Date of Detention Hearing:   November 10, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. The government alleges the drug conspiracy is of multi-year duration, and further alleges defendant is a leader of the conspiracy. The government notes defendant's 2018 charge in King County, Washington arising out of the seizure of a marijuana grow operation, alleging this conduct to be related to the drug conspiracy charge. While the charge was dismissed by King County, it is included as Count 2 in the Indictment in this case. While defendant has ties to this community, including family ties, the government alleges defendant's father to have been involved in the marijuana grow operation that are part of the instant charges. Defendant has strong ties to China. The government alleges defendant to be associated with firearms in connection with the drug conspiracy and to have access to large amounts of cash.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 10th day of November, 2020.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3