THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0171-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WOBIAO LEI, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Trial is currently scheduled to commence June 27, 2022. (Dkt. No. 199 at 2.) However, the Court has a conflict. Accordingly, trial in this matter is CONTINUED to July 5, 2022 at 9:30 a.m. The pretrial motions deadline of May 27, 2022, (*id.*), is unchanged.

In preparation for trial, the parties are DIRECTED to consult the Court's trial procedures, *available at* https://www.wawd.uscourts.gov/judges/coughenour-procedures#coughenour6, regarding the submission of motions *in limine*, proposed jury instructions and verdict forms, along with trial exhibits.

//

//

MINUTE ORDER
CR20-0171-JCC
PAGE - 1

DATED this 3rd day of May 2022.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk