**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR20-171JCC |
| ) | |
| vs. ) | MOTION TO SUPPRESS DEFENDANT |
| ) | WENGUAN LEI'S STATEMENTS |
| WOBIAO LEI, ) | |
| XINMING WU, ) | ORAL ARGUMENT REQUESTED |
| YI JUN CHEN, ) | |
| GUO GUI YU, ) | NOTE DATE: 06/10/2022 OR any convenient |
| SONG K. HUANG, ) | date for the court and witnesses |
| ZHIQIANG LIU, ) | |
| <u>WENGUAN LEI</u>, ) | |
| CHEE CHOONG NG, ) | |
| GUOLONG LI and ) | |
| LINGFENG LEI, ) | |
| Defendants. ) | |
| ) | |

TO US DISTRICT ATTORNEY'S OFFICE
BORIS PETRENKO
AND ALL OTHER RELATED PARTIES
AND TO THE CLERK OF THE COURT

<u>MOTION TO SUPPRESS STATEMENTS</u>

Defense Counsel, Gregory Scott Hoover, hereby moves the court for an order

SUPPRESSING THE STATEMENTS AND ANY EVIDENCE FOUND AS A RESULT OF THE

STATEMENTS OF THE DEFNEDANT WENGUAN LEI. This motion is based upon the

MOTIONS TO SUPPRESS - 1

HOOVER LAW GROUP P.L.L.C.
1805 – 136th Place NE #203
Bellevue, WA 98005
Phone: (206) 613-3111
Fax: (206) 613-3112
E-mail: greg@gshlaw.net

1  attached pleadings and the declarations of Gregory Scott Hoover and Fawn Chen Hoover filed

2  with the court.

3

4         Dated this 27TH  of May 2022

5

6  _____
   Gregory Scott Hoover WSBA #28049
7  Attorney for the Defendant
   WENGUAN LEI
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MOTIONS TO SUPPRESS - 2

HOOVER LAW GROUP P.L.L.C.
1805 – 136th Place NE #203
Bellevue, WA 98005
Phone:  (206) 613-3111
Fax:  (206) 613-3112
E-mail:  greg@gshlaw.net