UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>WOBIAO LEI,<br><br>                Defendant. | NO. CR20-171-JCC-1<br><br>[~~PROPOSED~~]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for:

    a.    The following property that was seized from Defendant Wobiao Lei's residence on October 21, 2020:

           1)    $71,534 in U.S. currency; and

           2)    A payment in the amount of $17,500, in lieu of the Rolex Daytona Cosmograph.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

~~Proposed~~ Final Order of Forfeiture - 1
*United States v. Wobiao Lei,* CR20-171-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On October 14, 2022, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting Defendant's interest in it (Dkt. No. 368);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 385) and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for Final Order of Forfeiture, ¶ 2, Exhibits A – H); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The above-identified property is fully and finally condemned and forfeited, in their entirety, to the United States; and,

3. The United States Department of Justice, the United States Postal Inspection Service, and/or their representatives, are authorized to dispose of the above-identified property as permitted by governing law.

IT IS SO ORDERED.

DATED this  5th  day of February, 2024.

*[signature]*

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

~~Proposed~~ Final Order of Forfeiture - 2
*United States v. Wobiao Lei,* CR20-171-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2462
Fax: 206-553-6934
Email: Karyn.S.Johnson@usdoj.gov

~~Proposed~~ Final Order of Forfeiture - 3
*United States v. Wobiao Lei,* CR20-171-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970